ACCEPTED
03-14-00638-CV
7516410
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/23/2015 1:16:24 PM
JEFFREY D. KYLE
CLERK

## No. 03-14-00638-CV

In the Third Court of Appeals
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/23/2015 1:16:24 PM
JEFFREY D. KYLE
Clerk

THE CITY OF AUSTIN, Defendant – Appellant

v.

EMILY POOLE, LYNNE SHELTON,
and MOHIT TANEJA, individually
and as representatives of all other
parties similarly situated, Plaintiff – Appellee

Appeal from Cause No. D-1-GN-09-002348
In the 126th Judicial District Court
of Travis County, Texas

## AGREED MOTION TO DISMISS THE APPEAL

ANNE L. MORGAN, Interim City Attorney
MEGHAN L. RILEY, Chief, Litigation Division
State Bar No. 24049373
City of Austin Law Department
P. O. Box 1546
Austin, Texas 78767-1546
Telephone: (512) 974-2458
Facsimile: (512) 974-1311
meghan.riley@austintexas.gov

COUNSEL FOR DEFENDANT – APPELLANT

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellant and Appellees respectfully move the Court to dismiss the petition for review. Appellant and Appellees would respectfully show the Court as follows:

1. The parties originally agreed to abate the Appeal pending action by the Governing Body for the City of Austin that would directly address the issues raised as part of the appeal.

2. As of October 1, 2015, the Governing Body for the Appellant has approved a new ordinance that moots the issues on the appeal before this court.

3. No opinion or judgment has been issued by this court in this matter.

## PRAYER

Therefore, Appellant and Appellee pray that the court grant this Agreed Motion, dismiss the Appeal filed in this proceeding, and order each party to bear its/his own fees and costs related solely to this Appeal, and issue a mandate that the attorney's fees, court costs, and post-judgment interest awarded by the trial court be paid.

RESPECTFULLY SUBMITTED,

ANNE L. MORGAN, Interim City Attorney
MEGHAN L. RILEY, Chief, Litigation Division

/s/ Meghan Riley
Assistant City Attorney
State Bar No. 24049373
City of Austin-Law Department
Post Office Box 1546
Austin, Texas 78767-1546
Telephone:  (512) 974-2458
Facsimile:   (512) 974-1311
meghan.riley@austintexas.gov

Counsel for Defendant – Appellant


/s/ Robbie Alden
Robert C. Alden
Don Davis
Byrd Davis Furman Alden, LLP
707 West 34th St.
Austin, TX 78705

Counsel for Plaintiffs – Appellees

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing on all parties, or their attorneys of record, in compliance with the Appellate Rules of Civil Procedure, on this 23rd day of October, 2015, as follows:

**Via the CM/ECF System to:**
Robert C. Alden
Don Davis
Byrd Davis Furman Alden, LLP
707 West 34th St.
Austin, TX 78705


/s/     Meghan Riley
MEGHAN RILEY